SEALED

Case 2:15-cr-00029-TLN Document 4 Filed 01/29/15 Page 1 of 1

FILED
JAN 29 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0029 TLN |
| Plaintiff, | [PROPOSED] |
| v. | ORDER TO SEAL |
| LEJOHN WINDOM SR., | (UNDER SEAL) |
| LEJOHN WINDON JR., aka LEJOHN WINDOM JR. | |
| TRACY HARTWAY, and AUDREY JOHNSON | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew G. Morris to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrests of the defendants or until further order of the Court.

Dated:

KENDALL J. NEWMAN
United States Magistrate Judge

Petition to Seal Indictment and
[Proposed] Order

3