1 | Bruce Locke (#177787)
2 | Moss & Locke
3 | 800 Howe Ave, Ste 110
4 | Sacramento, CA 95825
5 | 916-569-0667
6 | Attorneys for LeJohn Windom, Sr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | No. 2:15-cr-029 TLN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| LEJOHN WINDOM, SR., et. al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, LeJohn Windom, Sr., Tracy Hartway, and Audrey Johnson by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Matthew Morris, that the status conference presently set for July 9, 2015 at 9:30 a.m., should be continued to August 6, 2015 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from July 9, 2015 through August 6, 2015.

The reason for the continuance is that Mr. Locke was only recently appointed, the defense needs additional time to conduct pretrial investigation, and to complete plea negotiations. The exclusion of time is also necessary to ensure continuity of counsel. Accordingly, the time between July 9, 2015 and August 6, 2015 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense

1

preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Morris, Mr. Beevers and Mr. Hansen have authorized Mr. Locke to sign this pleading for them.

DATED: July 6, 2015  /s/ Bruce Locke
BRUCE LOCKE
Attorney for LeJohn Windom, Sr.

DATED: July 6, 2015  /s/ Bruce Locke
For DOUGLAS BEEVERS
Attorney for Audrey Johnson

DATED: July 6, 2015  /s/ Bruce Locke
For MICHAEL HANSEN
Attorney for Tracy Hartway

DATED: July 6, 2015  /s/ Bruce Locke
For MATTHEW MORRIS
Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

IT IS SO ORDERED.

DATED: July 6, 2015

Troy L. Nunley
United States District Judge