Bruce Locke (#177787)

Moss & Locke

800 Howe Ave, Ste 110

Sacramento, CA 95825

916-569-0667

Attorneys for LeJohn Windom, Sr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>LEJOHN WINDOM, SR., et. al.,<br><br>    Defendants. | No.  2:15-cr-029 TLN<br><br>STIPULATION AND ORDER |

   IT IS HEREBY STIPULATED AND AGREED between the defendants, LeJohn Windom, Sr., Tracy Hartway, and Audrey Johnson by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Matthew Morris, that the status conference presently set for August 6, 2015 at 9:30 a.m., should be continued to October 15, 2015 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from August 6, 2015 through October 15, 2015.

   The reason for the continuance is that Mr. Locke was only recently appointed to represent LeJohn Windom, Sr., and the defense needs additional time to conduct pretrial investigation, and to complete plea negotiations. A fourth defendant, LeJohn Windom, Jr., was arraigned on July 29, 2015 and his first status conference before the District Judge has been set for October 15, 2015. The exclusion of time is also necessary to ensure continuity of counsel.  Accordingly, the time

between August 6, 2015 and October 15, 2015 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Morris, Mr. Beevers and Mr. Hansen have authorized Mr. Locke to sign this pleading for them.

DATED: July 30, 2015                    /s/ Bruce Locke
                                        BRUCE LOCKE
                                        Attorney for LeJohn Windom, Sr.,

DATED: July 30, 2015                    /s/ Bruce Locke
                                        For DOUGLAS BEEVERS
                                        Attorney for Audrey Johnson

DATED: July 30, 2015                    /s/ Bruce Locke
                                        For MICHAEL HANSEN
                                        Attorney for Tracy Hartway

DATED: July 30, 2015                    /s/ Bruce Locke
                                        For MATTHEW MORRIS
                                        Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

IT IS SO ORDERED.

DATED: July 30, 2015

                                        _____
                                        Troy L. Nunley
                                        United States District Judge