Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
TRACY HARTWAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LeJOHN WINDOM, SR., et al.,<br><br>Defendants. | No.  2:15-CR-0029-TLN<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff; Bruce Locke, attorney for defendant LeJohn Windom, Sr.; Michael Bigelow, attorney for defendant LeJohn Windom, Jr.; Michael E. Hansen, attorney for defendant Tracy Hartway; and Assistant Federal Defender Douglas Beevers, attorney for defendant Audrey Johnson, that the previously-scheduled status conference date of October 15, 2015, be vacated and the matter set for status conference on December 17, 2015, at 9:30 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

The Government does not oppose this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should

therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, October 14, 2015, to and including December 17, 2015.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: October 14, 2015          Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
TRACY HARTWAY

Dated: October 14, 2015          /s/ Michael E. Hansen for
BRUCE LOCK
Attorney for Defendant
LeJOHN WINDOM, Sr.

Dated: October 13, 2015          /s/ Michael E. Hansen for
MICHAEL BIGELOW
Attorney for Defendant
LeJOHN WINDOM, Jr.

Dated: October 14, 2015          HEATHER E. WILLIAMS
Federal Defender

By: /s/ Michael E. Hansen for
DOUGLAS BEEVERS
Attorney for Defendant
AUDREY JOHNSON

Dated: October 14, 2015          BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the

1  time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the
2  failure to grant a continuance in this case would deny defense counsel to this stipulation
3  reasonable time necessary for effective preparation, taking into account the exercise of due
4  diligence.  The Court finds that the ends of justice to be served by granting the requested
5  continuance outweigh the best interests of the public and the defendant in a speedy trial.

6        The Court orders that the time from the date of the parties' stipulation, October 14, 2015,
7  to and including December 17, 2015, shall be excluded from computation of time within which
8  the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
9  section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It
10 is further ordered that the October 15, 2015, status conference shall be continued until
11 December 17, 2015, at 9:30 a.m.

12     **IT IS SO ORDERED**.

13 Dated: October 14, 2015

14                                       Troy L. Nunley
                                      United States District Judge

3

**Amended Stipulation and Order to Continue Status Conference**