1   Bruce Locke (#177787)

2   Moss & Locke

3   800 Howe Ave, Ste 110

4   Sacramento, CA 95825

5   916-569-0667

6   Attorneys for LeJohn Windom, Sr.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES,                          No.  2:15-cr-029 -TLN

12              Plaintiff,

13        v.                                 STIPULATION AND ORDER

14   LEJOHN WINDOM, SR., et. al.,

15              Defendants.

16

17        IT IS HEREBY STIPULATED AND AGREED between the defendants, LeJohn

18   Windom, Sr., and Audrey Johnson, by and through their undersigned defense counsel, and the

19   United States of America, by and through its counsel, Assistant U.S. Attorney Matthew Morris,

20   that the status conference presently set for December 17, 2015 at 9:30 a.m., should be continued

21   to February 4, 2016 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded

22   from December 17, 2015 through February 4, 2016.

23        The reason for the continuance is that the defense needs additional time to conduct pretrial

24   investigation, and to complete plea negotiations. The exclusion of time is also necessary to ensure

25   continuity of counsel.  Accordingly, the time between December 17, 2015 and February 4, 2016

26   should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section

27   3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends

28

                                          1

of justice served by granting this continuance outweigh the best interests of the public and the

defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Morris and Mr. Beevers have

authorized Mr. Locke to sign this pleading for them.

DATED: December 14, 2015                        /s/ Bruce Locke
                                                BRUCE LOCKE
                                                Attorney for LeJohn Windom, Sr.,


DATED: December 15, 2015                        /s/ Bruce Locke
                                                For DOUGLAS BEEVERS
                                                Attorney for Audrey Johnson



DATED: December 14, 2015                        /s/ Bruce Locke
                                                For MATTHEW MORRIS
                                                Attorney for the United States




        The Court finds, for the reasons stated above, that the ends of justice served by granting

this continuance outweigh the best interests of the public and the defendants in a speedy trial, and,

therefore.

        IT IS SO ORDERED.

DATED: December 15, 2015

                                                _____
                                                Troy L. Nunley
                                                United States District Judge

2