1  Bruce Locke (#177787)

2  Moss & Locke

3  800 Howe Ave, Ste 110

4  Sacramento, CA 95825

5  916-569-0667

6  Attorneys for LeJohn Windom, Sr.

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES,                          No.  2:15-cr-029 -TLN

12          Plaintiff,

13      v.                                  STIPULATION AND ORDER

14  LEJOHN WINDOM, SR., et. al.,

15          Defendants.

16

17

18      IT IS HEREBY STIPULATED AND AGREED between the defendants, LeJohn

19  Windom, Sr., and Audrey Johnson, by and through their undersigned defense counsel, and the

20  United States of America, by and through its counsel, Assistant U.S. Attorney Matthew Morris,

21  that the status conference presently set for December 17, 2015 at 9:30 a.m., should be continued

22  to February 4, 2016 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded

23  from December 17, 2015 through February 4, 2016.

24      The reason for the continuance is that the defense needs additional time to conduct pretrial

25  investigation, and to complete plea negotiations. The exclusion of time is also necessary to ensure

26  continuity of counsel.  Accordingly, the time between December 17, 2015 and February 4, 2016

27  should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section

28  3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends

1

1  of justice served by granting this continuance outweigh the best interests of the public and the

2  defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Morris and Mr. Beevers have

3  authorized Mr. Locke to sign this pleading for them.

4  DATED: December 14, 2015                    /s/ Bruce Locke
                                                BRUCE LOCKE
5                                               Attorney for LeJohn Windom, Sr.,

6
   DATED: December 15, 2015                     /s/ Bruce Locke
7                                               For DOUGLAS BEEVERS
                                                Attorney for Audrey Johnson
8

9

10  DATED: December 14, 2015                    /s/ Bruce Locke
                                                For MATTHEW MORRIS
11                                              Attorney for the United States

12

13

14        The Court finds, for the reasons stated above, that the ends of justice served by granting

15  this continuance outweigh the best interests of the public and the defendants in a speedy trial, and,

16  therefore.

17        IT IS SO ORDERED.

18  DATED: December 15, 2015

19                                              _____
                                                Troy L. Nunley
20                                              United States District Judge

21

22

23

24

25

26

27

28