Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
TRACY HARTWAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>LeJOHN WINDOM, SR., et al.,<br><br>              Defendants. | No.  2:15-CR-0029-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff,; Michael E. Hansen, attorney for defendant Tracy Hartway; and Assistant Federal Defender Douglas Beevers, attorney for defendant Audrey Johnson; Bruce Locke, attorney for defendant LeJohn Windom, Sr.; Michael Bigelow, attorney for defendant LeJohn Windom, Jr.; that the previously-scheduled status conference date of February 4, 2016, be vacated and the matter set for status conference on April 7, 2016, at 9:30 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. Some of the defendants are evaluating plea offers.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that

1

**Stipulation and Order to Continue Status Conference**

time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, February 1, 2016, to and including April 7, 2016.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  February 1, 2016                    Respectfully submitted,

                                            /s/ Michael E. Hansen
                                            MICHAEL E. HANSEN
                                            Attorney for Defendant
                                            TRACY HARTWAY

Dated:  February 1, 2016                    HEATHER E. WILLIAMS
                                            Federal Defender

                                            By:  /s/ Michael E. Hansen for
                                            DOUGLAS BEEVERS
                                            Attorney for Defendant
                                            AUDREY JOHNSON

Dated:  February 1, 2016                    /s/ Michael E. Hansen for
                                            BRUCE LOCKE
                                            Attorney for Defendant
                                            LeJOHN WINDOM, Sr.

Dated:  February 1, 2016                    /s/ Michael E. Hansen for
                                            MICHAEL BIGELOW
                                            Attorney for Defendant
                                            LeJOHN WINDOM, Jr.

Dated:  February 1, 2016                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            By:  /s/ Michael E. Hansen for
                                            MATTHEW MORRIS
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

2

**Stipulation and Order to Continue Status Conference**

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, February 1, 2016, to and including April 7, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the February 4, 2016, status conference shall be continued until April 7, 2016, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: February 2, 2016

Troy L. Nunley
United States District Judge

**Stipulation and Order to Continue Status Conference**