Bruce Locke (#177787)

Moss & Locke

800 Howe Ave, Ste 110

Sacramento, CA 95825

916-569-0667

Attorneys for LeJohn Windom, Sr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>      v.<br><br>LEJOHN WINDOM, SR., et. al.,<br><br>            Defendants. | No.  2:15-cr-029 TLN<br><br>STIPULATION AND ORDER |

   IT IS HEREBY STIPULATED AND AGREED between the defendants, LeJohn Windom, Sr., Audrey Johnson, Tracy Hartway, and LeJohn Windom, Jr., by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Matthew Morris, that the status conference presently set for April 7, 2016 at 9:30 a.m., should be continued to May 26, 2016 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from April 7, 2016 through May 26, 2016.

   The reason for the continuance is that the defense needs additional time to conduct pretrial investigation, and to complete plea negotiations. The exclusion of time is also necessary to ensure continuity of counsel.  Accordingly, the time between April 7, 2016 and May 26, 2016 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends

of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Morris, Mr. Hansen, Mr. Bigelow, and Mr. Beevers have authorized Mr. Locke to sign this pleading for them.

DATED: April 1, 2016                     /s/ Bruce Locke
                                         BRUCE LOCKE
                                         Attorney for LeJohn Windom, Sr.,

DATED: April 1, 2016                     /s/ Bruce Locke
                                         For DOUGLAS BEEVERS
                                         Attorney for Audrey Johnson

DATED: April 1, 2016                     /s/ Bruce Locke
                                         For MICHAEL HANSEN
                                         Attorney for Tracy Hartway

DATED: April 1, 2016                     /s/ Bruce Locke
                                         For MICHAEL BIGELOW
                                         Attorney for LeJohn Windom, Jr.,

DATED: April 1, 2016                     /s/ Bruce Locke
                                         For MATTHEW MORRIS
                                         Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

IT IS SO ORDERED.

DATED:  April 1, 2016

                                         _____
                                         Troy L. Nunley
                                         United States District Judge