Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
TRACY HARTWAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LeJOHN WINDOM, SR., et al.,<br><br>Defendants. | No.  2:15-CR-00029-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff; Bruce Locke, attorney for defendant LeJohn Windom, Sr.; Michael Bigelow, attorney for defendant LeJohn Windom, Jr.; Michael E. Hansen, attorney for defendant Tracy Hartway; and Assistant Federal Defender Douglas Beevers, attorney for defendant Audrey Johnson; that the previously-scheduled status conference date of May 26, 2016, be vacated and the matter set for status conference on August 18, 2016, at 9:30 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. Some of the defendants are evaluating plea offers.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that

1

**Stipulation and Order to Continue Status Conference**

1  time within which the trial of this case must be commenced under the Speedy Trial Act should
2  therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code
3  T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, May 20,
4  2016, to and including August 18, 2016.

    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

    IT IS SO STIPULATED.

Dated:  May 20, 2016     Respectfully submitted,

    /s/ Michael E. Hansen
    MICHAEL E. HANSEN
    Attorney for Defendant
    TRACY HARTWAY

Dated:  May 20, 2016     /s/ Michael E. Hansen for
    BRUCE LOCKE
    Attorney for Defendant
    LeJOHN WINDOM, Sr.

Dated:  May 20, 2016     /s/ Michael E. Hansen for
    MICHAEL BIGELOW
    Attorney for Defendant
    LeJOHN WINDOM, Jr.

Dated:  May 20, 2016     HEATHER E. WILLIAMS
    Federal Defender

    By:  /s/ Michael E. Hansen for
    DOUGLAS BEEVERS
    Attorney for Defendant
    AUDREY JOHNSON

Dated:  May 20, 2016     PHILLIP A. TALBERT
    Acting United States Attorney

    By:  /s/ Michael E. Hansen for
    MATTHEW MORRIS
    Assistant U.S. Attorney
    Attorney for Plaintiff

/ /
/ /
/ /
/ /
/ /
/ /

**Stipulation and Order to Continue Status Conference**

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 20, 2016, to and including August 18, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the May 26, 2016, status conference shall be continued until August 18, 2016, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: May 20, 2016

_____
Troy L. Nunley
United States District Judge

3

**Stipulation and Order to Continue Status Conference**