PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
TEL: (916) 554-2700
FAX: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:15-CR-00029-TLN |
| Plaintiff, | ) |
| | ) |
| v. | ) APPLICATION AND ORDER FOR MONEY |
| | ) JUDGMENT |
| LEJOHN WINDOM, SR., | ) |
| | ) |
| Defendant. | ) |

On August 18, 2016, defendant Lejohn Windom, Sr. entered a guilty plea to Count Four – Mail

Fraud in violation of 18 U.S.C. § 1341, Count 10 – Conspiracy in violation of 18 U.S.C. § 286, and

Counts 12 and 14 – Aggravated Identity Theft in violation of 18 U.S.C. § 1028(A) of the Indictment.

As part of his plea agreement with the United States, defendant Lejohn Windom, Sr. agreed to

forfeit voluntarily and immediately up to $1,188,972.00, as a personal money judgment pursuant to Fed.

R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture

purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 1341,

to which he has pled guilty.  See Defendant Windom's Plea Agreement ¶ II.F.  Plaintiff hereby applies

for entry of a money judgment as follows:

1.	Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P.

32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Lejohn

Windom, Sr.  in the amount of $1,188,972.00.

2.      The above-referenced personal forfeiture money judgment is imposed based on defendant Lejohn Windom, Sr.'s conviction for violating 18 U.S.C. § 1341 (Count Four).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3.      Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the Department of Treasury, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the Department of Treasury, in its secure custody and control.

DATED:  9/6/2016                            PHILLIP A. TALBERT
                                            Acting United States Attorney


                                             /s/ Matthew G. Morris
                                            MATTHEW G. MORRIS
                                            Assistant U.S. Attorney



**O R D E R**


For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Lejohn Windom, Sr. in the amount of $1,188,972.00.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the Department of Treasury, in its secure custody and control.

IT IS SO ORDERED.

Dated: September 7, 2016

_____
Troy L. Nunley
United States District Judge

2