1 | Bruce Locke (#177787)
2 | Moss & Locke
3 | 4354 Town Center Blvd., #114-59
4 | Eldorado Hills, CA 95762
5 | 916-719-3194
6 | Attorneys for LeJohn Windom, Sr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | No. 2:15-cr-029 TLN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO AMEND THE SCHEDULE FOR DISCLOSURE OF THE PRE-SENTENCE REPORT |
| LEJOHN WINDOM, SR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, LeJohn Windom, Sr., by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Matthew Morris, and with the approval of the Probation Officer, that the schedule for disclosure of the Pre-Sentence Report should be amended to provide as follows: the informal objections will be due to the Probation Officer on November 17, 2016; the final report will be provided to counsel on December 8, 2016; any motions to correct the report will be filed on December 22, 2016; and the date for sentencing will be January 5, 2017, at 9:30 a.m.. Mr. Morris has authorized Mr. Locke to sign this pleading for him.

DATED: October 20, 2016        /s/ Bruce Locke
                                BRUCE LOCKE
                                Attorney for LeJohn Windom, Sr.,

1

1  DATED: October 20, 2016                    /s/ Bruce Locke
                                              For MATTHEW MORRIS
2                                             Attorney for the United States

3

4

5

6

7       IT IS SO ORDERED.

8  DATED: October 20, 2016                    _____
                                              Troy L. Nunley
9                                             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28